Mark Mausert
Nevada State Bar No. 2398
Sean McDowell
Nevada State Bar No. 15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMMANDA SOLIZ, | Case No.: 3:21-cv-00459-RCJ-WGC |
| Plaintiff, | |
| vs. | **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER SUBMITTED IN COMPLIANCE WITH LR 26-1(b)** |
| ELITE SPICES, INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 26 and LR 26-1, Plaintiff AMMANDA SOLIZ, and Defendant ELITE SPICES, INC., by and through their attorneys of record, herewith submit their Stipulated Discovery Plan and Scheduling Order. The parties are requesting a 180-day discovery plan.

1. **Initial Disclosures**: Pursuant to Fed. R. Civ. P. 26(f)(1), the parties, by and through their respective counsel, conferenced telephonically on January 3, 2022. Pursuant to Fed. R. Civ. P. 26(a)(1), the parties will exchange initial disclosures on or before January 17, 2022.

3. **Discovery Plan**: The parties agree that the subjects of discovery should include, but not be limited to, all claims and defenses allowed pursuant to the Federal Rules of Civil Procedure. The parties have identified (1) no needed changes to the timing, form or requirement for disclosures; (2) no issues about (a) disclosure, discovery, or preservation of electronically stored information or (b) claims of privilege or of protection; and (3) no needed changes in the

limitations on discovery imposed under the federal rules of civil procedure or the local rules and no need to conduct discovery in phases. Although the parties are working together on a proposed protective order, the parties do not propose that the Court should issue any orders under Rule 26(c) or Rule 16(b) or (c) at this time.

3. **Discovery Cut-Off Date(s):** Plaintiff filed their Complaint and Jury Demand on October 26, 2021. Defendant filed its Answer to the Complaint and Jury Demand on November 19, 2021. The last day of discovery shall therefore be **May 18, 2022**, 180 days from when the defendant answered.

4. **Amending the Pleadings and Adding Parties**: The parties shall have until **February 17, 2022**, ninety (90) days before the discovery cut-off date, to file any motions to amend the pleadings or to add parties.

5. **Expert Disclosures:** Initial expert disclosures related to the claims for relief in the original Complaint and third-party discovery are due **March 18, 2022**, approximately sixty (60) before the discovery cut-off date (exactly sixty days lands on a Saturday). Rebuttal expert disclosures are due on **April 18, 2022** (exactly thirty days lands on a Sunday). Expert deposition must be completed within thirty days of the last expert disclosure.

6. **Dispositive Motions:** The parties shall have until **June 17, 2022**, thirty (30) days after the discovery cut-off to file dispositive motion(s).

7. **Pretrial Order:** The pretrial order shall be filed on **July 17, 2022**, approximately thirty (30) days after the date set for filing dispositive motions in the case (exactly thirty days lands on a Sunday). In the event a dispositive motion is filed, the date for the filing pretrial order shall be suspended until thirty (30) days after the decision of the dispositive motions or further order of the Court.

8. **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the pretrial order.

9. **Alternative Dispute Resolution**: In compliance with LR 26-1(b)(7), the parties certify that they met and conferred about the possibility of using alternative dispute resolution

processes, but no agreement has been reached. Nonetheless, the parties intend to participate in the early neutral evaluation currently scheduled for February 10, 2022 in good faith. The parties will continue to evaluate opportunities for alternative dispute resolution.

     **10.**    <u>**Alternative Forms of Case Disposition**</u>: The parties certify that they considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). The parties are not amenable to have the United States Magistrate Judge preside over all aspects of this case, and the parties believe this case should proceed on the normal litigation track.

     **11.**    <u>**Electronic Evidence**</u>: The parties certify that they have discussed but have not made any plans or reached any stipulations about providing discovery or presenting evidence to jurors in electronic format.

Respectfully submitted this 3rd day of January, 2022.

| MARK MAUSERT LAW OFFICE | JACKSON LEWIS P.C. |
|---|---|
| By: /s/ Mark Mausert | By: /s/ Hilary Williams |
| Mark Mausert | Deverie Christensen |
| Sean McDowell | Hilary Williams |
| 729 Evans Avenue | 300 S. Fourth Street, Suite 900 |
| Reno, Nevada 89512 | Las Vegas, Nevada 89101 |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 4, 2022

4865-5695-8984, v. 2