# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| AMANDA SOLIZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>ELITE SPICES, INC.,<br><br>　　　　　　　　Defendant. | Case No. 3:21-CV-0459-RCJ-CSD<br><br>**ORDER RE LETTER TO DEFENSE COUNSEL** |

An Early Neutral Evaluation ("ENE") is set for today's date before the undersigned Magistrate Judge. (ECF No. 7.) ENE statements were due on February 3, 2022, by no later than 4:00 p.m. (*Id.*) At 9:59 a.m. on this date, February 10, 2022, Plaintiff's counsel emailed to the Court's Judicial Assistant a copy of a six-page letter addressed to Defendant's counsel. The email stated, "See attached for the Judge for today's ENE."

The letter is written in the style of a legal brief and appears to be an attempt to supplement Plaintiff's previously provided ENE statement in violation of the Court's order and without leave of Court to do so. (ECF No. 7.) As this violates this Court's December 8, 2021 order and Plaintiff was not granted leave to provide this document to the Court in advance of the ENE, the Court will not consider the letter. Any future violations of this Court's order will result in the issuance of an order to show cause why sanctions should not be imposed pursuant to LR IA 11-8(e).

**IT IS SO ORDERED.**

**DATED**: February 10, 2022.

_____
**UNITED STATES MAGISTRATE JUDGE**